# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JACOB K. BELL, | : | |
| Plaintiff, | : | CASE NO. 2:20-CV-05750 |
| v. | : | JUDGE SARGUS |
| INDUSTRIAL COMMISSION OF OHIO *ET. AL*, | : | MAGISTRATE JUDGE VASCURA |
| | : | |
| Defendants. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come all parties who have entered an appearance, by and through counsel and pursuant to Civ.R. 41(a)(1)(A)(ii), and hereby give notice that Plaintiff Jacob K. Bell is dismissing all claims against Defendant Industrial Commission of Ohio with prejudice. Each party to bear its own expenses, court costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the settlement between the parties.

                                                                            DAVE YOST (0056290)
                                                                            Ohio Attorney General

| | |
|---|---|
| /s/ Judith E. Galeano | /s/ Wendy K. Clary **(per email auth. 09/15/2022)** |
| Judith E. Galeano (0048366) (Trial Attorney) | WENDY K. CLARY (0077775) |
| Barbara K. Letcher (0046948) (Of Counsel) | *Trial Counsel* |
| Mowery Youell & Galeano, Ltd. | Principal Assistant Attorney General |
| 485 Metro Place South, Suite 220 | DAVID B. STOUFFER (0093972) |
| Dublin, Ohio 43017 | Associate Assistant Attorney General |
| Telephone: (614) 764-1444 | Employment Law Section |
| Fax: (614) 760-8654 | 30 East Broad Street, 16th Floor |
| Email: jgaleano@myglaw.com | Columbus, Ohio 43215 |
| Email: bletcher@myglaw.com | (614) 644-7257 - Telephone |
| *Attorneys for Plaintiff* | (614) 752-4677 - Facsimile |
| | elsreview@OhioAGO.gov |
| | *Counsel for Defendant* |

2

## CERTIFICATE OF SERVICE

This will certify that the foregoing *Stipulation of Dismissal with Prejudice* was filed electronically on September 15, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Judith E. Galeano
Judith E. Galeano (0048366) (Trial Attorney)